UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE EDWARD JOHNSON, JR., <br><br> Petitioner, <br><br> vs. <br><br> K. HARRINGTON, <br><br> Respondent. | Case No. CV 10-1018-DOC(RC) <br><br> JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: _____September 1, 2010_____

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

R&R\10-1018.jud
7/21/10